# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACE NAVARRO,<br><br>     Plaintiff,<br><br>v.<br><br>TARGET CORPORATION,<br><br>     Defendant. | Case No. 1:24-cv-00280-JLT-SAB<br><br>ORDER RE STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT<br><br>(ECF No. 8)<br><br>DEADLINE: MAY 30, 2024 |

On May 20, 2024, the parties filed a stipulation to extend time for Defendant Target Corporation to respond to Plaintiff's complaint.

Accordingly, IT IS HEREBY ORDERED that Defendant Target Corporation shall file a response to Plaintiff's complaint on or before May 30, 2024.

IT IS SO ORDERED.

Dated:  **May 21, 2024**

UNITED STATES MAGISTRATE JUDGE

1