# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACE NAVARRO,<br><br>    Plaintiff,<br><br>    v.<br><br>TARGET CORPORATION,<br><br>    Defendant. | Case No. 1:24-cv-00280-JLT-SAB<br><br>ORDER RE JOINT STIPULATION FOR A STAY OF MOTIONS<br><br>VACATING AUGUST 7, 2024 HEARING<br><br>(ECF No. 16) |

Plaintiff filed the complaint in this action on March 7, 2024. (ECF No. 1.) Following a stipulation for extension of time to respond to the complaint, Defendant filed a motion to dismiss on May 30, 2024. (ECF No. 11.) On May 31, 2024, the District Judge referred the motion to the undersigned for the preparation of findings and recommendations. (ECF No. 14.) Currently, the deadline to file Plaintiff's opposition, if any, is June 13, 2024, and the matter is set for hearing on August 7, 2024. (ECF No. 15.)

The parties proffer that on May 22, 2024, Plaintiff, as well as plaintiffs from other benzoyl peroxide ("BPO") putative class actions, filed a Motion for Transfer of Actions under 28 U.S.C. § 1407 for Coordination or Consolidated Pretrial Proceedings with the United States Judicial Panel on Multidistrict Litigation ("MDL Motion"). (ECF No. 16 at 3.) On May 24, 2024, the MDL Motion was assigned MDL Docket No. 3120, and a briefing schedule spanning through the month of June 2024 has been entered. (Id.) On June 10, 2024, the parties filed a

1

joint stipulation to stay the pending motion to dismiss until thirty days after a ruling on the MDL motion. (Id.) The Court finds good cause to stay this action until thirty days after a ruling on the MDL Motion.

However, given the pending motion on the docket, the Court shall require the parties to file a status report notifying the Court of the status of the MDL Motion ninety (90) days after entry of this order. Should a decision regarding the MDL Motion be issued within ninety days, the parties shall notify the Court of the disposition in writing within ten (10) days to allow the Court to order the parties to stipulate to a modified briefing schedule in accordance with the stipulated thirty-day stay, if necessary.

Accordingly, IT IS HEREBY ORDERED that:

1. The hearing set for August 7, 2024 is VACATED;
2. This action is STAYED until thirty (30) days after a ruling on the MDL Motion;
3. The parties shall file a status report notifying the Court in writing within ten (10) days of any disposition of the MDL Motion; and
4. If no disposition has been issued within ninety (90) days of entry of this order, the parties shall file a status report providing the Court with a status of the MDL Motion.

IT IS SO ORDERED.

Dated:   **June 11, 2024**

UNITED STATES MAGISTRATE JUDGE