# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACE NAVARRO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TARGET CORPORATION,<br><br>　　　　Defendant. | Case No.  1:24-cv-00280-JLT-SAB<br><br>ORDER LIFTING STAY OF MOTION TO DISMISS AND REQUIRING PARTIES TO FILE A STIPULATED BRIEFING SCHEDULE AND CONTINUING SCHEDULING CONFERENCE<br><br>(ECF No. 18) |

　　　　Plaintiff filed the complaint in this action on March 7, 2024.  (ECF No. 1.)  Following a stipulation for extension of time to respond to the complaint, Defendant filed a motion to dismiss on May 30, 2024.  (ECF No. 11.)  On May 31, 2024, the District Judge referred the motion to the undersigned for the preparation of findings and recommendations.  (ECF No. 14.)  Due to the parties failing a Motion for Transfer of Actions under 28 U.S.C. § 1407 for Coordination or Consolidated Pretrial Proceedings with the United States Judicial Panel on Multidistrict Litigation ("MDL Motion"), the motion was stayed until thirty days after the MDL issued a decision on coordination or consolidation.  (ECF No. 17.)  On August 5, 2024, the parties filed a joint status report stating that the MDL denied the motion on August 1, 2024.  (ECF No. 18.)

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　1. The stay of the pending motion to dismiss shall be lifted on September 3, 2024;

1

2. Within ten (10) days of the date of entry of this order, the parties shall file a stipulated briefing schedule for the pending motion to dismiss or a notice of withdrawal of the motion to dismiss;

3. The scheduling conference currently set for September 17, 2024, is continued to **December 5, 2024 at 3:30 p.m.** before Magistrate Judge Stanley A. Boone in Courtroom 9; and

4. The parties shall file a joint scheduling report seven (7) days prior to the continued scheduling conference date.

IT IS SO ORDERED.

Dated:   **August 6, 2024**

UNITED STATES MAGISTRATE JUDGE