# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACE NAVARRO,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>TARGET CORPORATION,<br>　　　　　　　　Defendant. | Case No. 1:24-cv-00280-JLT-SAB<br><br>ORDER SETTING BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS<br><br>(ECF Nos. 19, 20) |

On May 5, 2024, Target Corporation ("Defendant") filed a motion to dismiss Grace Navarro's ("Plaintiff") complaint filed in this action. (ECF No. 11.) The motion was referred to the undersigned for the preparation of findings and recommendations. (ECF No. 14.) On June 11, 2024, at the stipulation of the parties, this matter was stayed for thirty days to allow a motion to transfer this matter to multidistrict litigation to be considered. (ECF Nos. 16, 17.) On August 5, 2024, the parties submitted a joint status report informing the Court that the motion to transfer had been denied. (ECF No. 18.) On August 8, 2024, an order issued lifting the stay

and requiring the parties to file a stipulated briefing schedule for the motion to dismiss. (ECF No. 19.) On August 16, 2024, the parties filed a stipulated briefing schedule for the motion to dismiss. (ECF No. 20.)

The parties seek to have the motion to dismiss deemed filed on September 3, 2024. (ECF No. 20 at 4.) However, the Court finds it unnecessary to adjust the date of the filing of the motion. The motion was filed on May 5, 2024, and has been referred to the undersigned. Accordingly, there is no need to change the date of the filing of the motion.

Based on the foregoing, IT IS HEREBY ORDERED that:

1. Plaintiff shall file an opposition to Defendant's motion to dismiss on or before **October 3, 2024;**
2. Defendant shall file a reply, if any, on or before **October 17, 2024;** and
3. A video hearing on the motion to dismiss is set for Wednesday, **November 6, 2024, at 10:00 a.m.** in Courtroom 9 before Magistrate Judge Stanley A. Boone. The courtroom deputy will email the information for a video appearance to the parties prior to the hearing.

IT IS SO ORDERED.

Dated: **August 19, 2024**

UNITED STATES MAGISTRATE JUDGE