# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACE NAVARRO,<br><br>   Plaintiff,<br><br>   v.<br><br>TARGET CORPORATION,<br><br>   Defendant. | Case No. 1:24-cv-00280-JLT-SAB<br><br>ORDER CONTINUING SCHEDULING CONFERENCE TO JANUARY 7, 2025 |

On August 7, 2024, a stay in this matter was lifted and the mandatory scheduling conference was continued to December 5, 2024, to allow for decision on a pending motion to dismiss. (ECF No. 19.) On August 20, 2024, the district judge issued an order relating Navarro v. Target Corp., 1:24-cv-00280-JLT-SAB; Navarro v. Walmart, 1:24-cv-00288-JLT-SAB; Harris v. Genomma Lab USA, Inc., 1:24-cv-00289-JLT-SAB; and Navarro v. Walgreens Boots Alliance, Inc., 1:24-cv-00290-JLT-SAB. Additionally, on August 21, 2021, Bodunde v. Walgreens Alliance, Inc., 1:24-cv-00985-JLT-SAB was transferred from the Northern District of Illinois and appears to be related to the above referenced actions.

Accordingly, to accommodate the Court's schedule, IT IS HEREBY ORDERED that:

1. The scheduling conference currently set for December 5, 2024, shall be CONTINUED to **January 7, 2025, at 10:00 a.m.** in Courtroom 9; and

///

1

2. The parties shall file a joint scheduling report **seven (7) days** prior to the continued scheduling conference date.

IT IS SO ORDERED.

Dated: __**August 22, 2024**__

_____
UNITED STATES MAGISTRATE JUDGE