# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILY SANDERLIN,<br><br>  Plaintiff(s),<br><br>  v.<br><br>WALMART, INC.,<br><br>  Defendant. | Old Case No. 1:24-cv-00971-BAM<br>**New Case No. 1:24-cv-00971-JLT-SAB**<br><br>ORDER RELATING CASES AND REASSIGNING DISTRICT JUDGE AND MAGISTRATE JUDGE |

Pursuant to Local Rule 123, the Court finds that the above-captioned action is related under this Court's Local Rule 123 to the following matter: *Navarro v. Target Corp.*, Civil Case No. 1:24-cv-00280-JLT-SAB. The actions involve overlapping parties, properties, claims, events and/or questions of fact or law. Accordingly, assignment of the actions to the same district judge and magistrate judge will promote convenience, efficiency, and economy for the Court and parties. An order relating cases under Local Rule 123 merely assigns them to the same district judge and magistrate judge, and no consolidation of cases is affected.

///

///

///

///

1

1  Based on good cause, this Court **ORDERS** that the above-captioned actions be reassigned
2 as necessary to the dockets of U.S. District Judge Jennifer L. Thurston and U.S. Magistrate Judge
3 Stanley A. Boone.  Going forward, all documents shall bear the new case number indicated
4 above.

IT IS SO ORDERED.

Dated:   **August 23, 2024**

UNITED STATES DISTRICT JUDGE

2