# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACE NAVARRO,<br><br>    Plaintiff,<br><br>    v.<br><br>TARGET CORPORATION,<br><br>    Defendant. | Case No.  1:24-cv-00280-JLT-SAB<br><br>ORDER VACATING NOVEMBER 6, 2024 HEARING ON DEFENDANT'S MOTION TO CHANGE VENUE |

Defendant Target Corporation filed a motion to change venue on September 12, 2024. Oral argument on the motion is set for November 6, 2024. Pursuant to the Local Rules of the Eastern District of California, Plaintiff's opposition to the motion to change venue was due on September 26, 2024. L.R. 230(c). Plaintiff did not file a timely opposition to the motion. The Local Rule provides that a party who fails to file a timely opposition is not entitled to be heard in opposition to the motion at oral argument. L.R. 230(c). The matter is taken under submission and shall be decided on the papers.

Accordingly, IT IS HEREBY ORDERED that the hearing set for November 6, 2024, is VACATED and the parties will not be required to appear at that time.

IT IS SO ORDERED.

Dated:  **September 30, 2024**

UNITED STATES MAGISTRATE JUDGE

1