# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACE NAVARRO,<br><br>    Plaintiff,<br><br>    v.<br><br>TARGET CORPORATION,<br><br>    Defendant. | Case No. 1:24-cv-00280-JLT-SAB<br><br>ORDER REQUIRING DEFENDANT TO FILE A STATEMENT OF NO OPPOSITION OR INTENT TO OPPOSE PLAINTIFF'S MOTION FOR LEAVE TO FILE LATE OPPOSITION TO DEFENDANT'S MOTION TO CHANGE VENUE<br><br>DEADLINE: OCTOBER 4, 2024 |

On September 12, 2024, Defendant Target Corporation filed a motion to change venue in this matter. (ECF No. 24.)  Pursuant to the Local Rules, Plaintiff Grace Navarro's opposition to the motion was due September 26, 2024.  (L.R. 230(c).)  On October 1, 2024, Plaintiff filed an unopposed motion for leave to file opposition to Defendant's motion to change venue.  (ECF No. 30.)

Accordingly, IT IS HEREBY ORDERED THAT on or before **October 4, 2024**, Defendant shall file a notice of no opposition or the intent to oppose Plaintiff's motion for leave to file a late opposition to Defendant's motion to change venue.

IT IS SO ORDERED.

Dated:   **October 2, 2024**

UNITED STATES MAGISTRATE JUDGE

1