# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACE NAVARRO,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>TARGET CORPORATION,<br><br>　　　　　　　　　Defendant. | Civil Action No. 1:24-cv-00280-JLT-SAB<br><br>ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE OPPOSITION TO DEFENDANT'S MOTION TO CHANGE VENUE<br><br>(ECF Nos. 30, 33) |

Before the Court is Plaintiff's Unopposed Motion for Leave to File Opposition to Defendant Target Corporation's Motion to Dismiss. (ECF Nos. 30, 33.)

Having considered the motion, and finding good cause, IT IS HEREBY ORDERED that:

1. Plaintiff's unopposed motion for leave to file a late opposition to Defendant's motion to change venue is GRANTED;

2. Plaintiff's Opposition to Defendant Target Corporation's Motion to Dismiss (ECF No. 30-1) is deemed filed as of the date of the entry of this order; and

3. Defendant shall file a reply, if any, within **ten (10) days** of the date of entry of this order.

IT IS SO ORDERED.

Dated:   **October 4, 2024**　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1