# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACE NAVARRO, *on behalf of herself, and all others similarly situated, and the general public*,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION,<br><br>Defendant. | Case No. 1:24-cv-00280-JLT-SAB<br><br>ORDER VACATING NOVEMBER 6, 2024 HEARING DATE |

Defendant Target Corporation filed a motion to dismiss and a motion to change venue (ECF Nos. 11, 24), which were both referred to the undersigned. (ECF Nos. 14, 25.) The motions are fully briefed and are set to be heard on November 6, 2024. (ECF Nos. 21, 35.)

The Court, having reviewed the record, finds this matter suitable for decision without oral argument. See Local Rule 230(g). Accordingly, the matter is taken under submission. The previously scheduled hearing set on November 6, 2024, is vacated, and the parties will not be required to appear at that time.

IT IS SO ORDERED.

Dated: **October 31, 2024**

UNITED STATES MAGISTRATE JUDGE

1